**CHRISTENSEN JAMES & MARTIN, CHTD.**
Wesley J. Smith (11871)
Kevin B. Archibald (13817)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Email: wes@cjmlv.com, kba@cjmlv.com
*Attorneys for Plaintiffs Board of Trustees of the*
*Employee Painters' Trust, et al.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \* \* \*

BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE DISTRICT COUNCIL 16 NORTHERN CALIFORNIA JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA PAINTERS AND DECORATORS AND GLAZIERS LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA AND CALIFORNIA GLAZIERS, FABRICATORS, PAINTERS AND FLOORCOVERERS PENSION TRUST FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE PAINTERS AND ALLIED TRADES LABOR MANAGEMENT COOPERATION INITIATIVE; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; STAR PROGRAM, INC.;

Plaintiffs,

vs.

MIDWEST PRO PAINTING, INC., a Michigan corporation; DEMETRIOS LIVANOS, an individual; STEVEN H. LIONAS, an individual; THE GUARANTEE COMPANY OF NORTH AMERICA USA f/k/a MID-STATE SURETY CORPORATION, a Michigan corporation; ATLANTIC SPECIALTY INSURANCE COMPANY, a New York corporation; DOES I-X and ROES I-X ,

Defendants.

CASE NO.: 2:26-cv-01337-JCM-MDC

**STIPULATION TO EXTEND RESPONSIVE DEADLINES AND ACCEPTANCE OF SERVICE OF COMPLAINT**

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

-1-

## STIPULATION TO EXTEND RESPONSIVE DEADLINES AND ACCEPTANCE OF SERVICE OF COMPLAINT

Plaintiffs, Board of Trustees of the Employee Painters' Trust, *et al.* (collectively the "Plaintiffs"), acting by and through their counsel, Wesley Smith of Christensen James & Martin, and Defendants Midwest Pro Painting, Inc., Demetrios Livanos and Steven H. Lionas (collectively the "Defendants"), acting by and through their Counsel, Paul Swenson Prior of Snell & Wilmer, LLP, hereby stipulate and agree as follows:

1.     Defendants Demetrios Livanos and Steven H. Lionas hereby acknowledge receipt and acceptance of service of the Summons issued by the Clerk of Court [ECF No. 8] and the Complaint [ECF No. 1] on file in this action.

2.     Defendant Midwest Pro Painting, Inc. was served with the Summons and Complaint on May 6, 2026 [ECF No. 9].

3.     The Defendants shall have through July 13, 2026, to file a responsive pleading or move for relief as permitted under the Federal Rules of Civil Procedure to Plaintiffs' Complaint, including all applicable discovery dates and deadlines.

4.     This Stipulation to accept service and extend the response deadlines is not for any improper purpose but is intended to be consistent with Fed. R. Civ. P. 4(d), to align

/ / /

/ / /

/ / /

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

deadlines for commonly represented defendants, and to allow the parties time to discuss informal resolution of this matter.

DATED this 26th day of May 2026.

CHRISTENSEN JAMES & MARTIN, CHTD.

By: */s/ Wesley J. Smith*
Wesley J. Smith, Esq. (11871)
7440 W. Sahara Ave.
Las Vegas, NV 89117
(702) 255-1718
wes@cjmlv.com
*Counsel for Plaintiffs Board of Trustees of the Employee Painters' Trust, et al.*

SNELL & WILMER, LLP

By: */s/ Paul Swenson Prior*
Paul Swenson Prior, Esq. (9324)
1700 S. Pavilion Center Dr., Ste. 700
Las Vegas, NV 89135
(702) 784-5262
sprior@swlaw.com
*Counsel for Defendants Midwest Pro Painting, Inc., Demetrios Livanos, and Steven H. Lionas*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: 5-28-26

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

**CHRISTENSEN JAMES & MARTIN, CHTD.**
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

## CERTIFICATE OF SERVICE

I am an employee of Christensen James & Martin, Chtd. On the date of the filing of the foregoing document, I caused a true and correct copy to be served in the following manner(s):

☒    ELECTRONIC SERVICE:    Pursuant to Local Rule LR IC 4-1 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served on all appearing parties through the Notice of Electronic Filing automatically generated by the Court.

☐    UNITED STATES MAIL:    By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐    OVERNIGHT COURIER:    By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally-recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐    FACSIMILE: By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

☐    EMAIL:        By sending a copy of the document via email to the following:

_____*/s/ Natalie Larson*_____
Natalie Larson