Paul Swenson Prior, Esq.
Nevada Bar No. 9324
Xyzlo Lee, Esq.
Nevada Bar No. 16912
SNELL & WILMER
1700 S Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
Email: sprior@swlaw.com
        xlee@swlaw.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE DISTRICT COUNCIL 16 NORTHERN CALIFORNIA JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA PAINTERS AND DECORATORS AND GLAZIERS LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA AND CALIFORNIA GLAZIERS, FABRICATORS, PAINTERS AND FLOORCOVERERS PENSION TRUST FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE PAINTERS AND ALLIED TRADES LABOR MANAGEMENT COOPERATION INITIATIVE; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; STAR PROGRAM, INC.; <br><br> Plaintiffs, <br><br> v. <br><br> MIDWEST PRO PAINTING, INC., a Michigan corporation; DEMETRIOS LIVANOS, an individual; STEVEN H. LIONAS, an individual; THE GUARANTEE COMPANY OF NORTH AMERICA USA f/k/a MID-STATE SURETY CORPORATION, a Michigan corporation; ATLANTIC SPECIALTY INSURANCE COMPANY, a New York corporation; DOES I-X and ROES I-X., <br><br> Defendants. | Case No. 2:26-cv-01337-JCM-MDC <br><br><br> **STIPULATION TO EXTEND ALL DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT** |

- 1 -

4925-0734-2003

Plaintiffs, Board of Trustees of the Employee Painters' Trust, *et al.* (collectively the "Plaintiffs"), acting by and through their counsel, Christensen James & Martin, Chtd., and Defendants Midwest Pro Painting, Inc., Demetrios Livanos, Steven H. Lionas (the "MPP Defendants") along with The Guarantee Company of North America USA, and Atlantic Specialty Insurance Company (the "Surety Defendants"), acting by and through their Counsel, Swen Prior of Snell & Wilmer, LLP, hereby stipulate and agree as follows:

1.    The MPP Defendants have already stipulated with Plaintiffs to extend their time to file a responsive pleading or move for relief as permitted under the Federal Rules of Civil Procedure until July 13, 2026, which stipulation was approved by the Court on May 28, 2026. *See* ECF No. 16.

2.    Snell & Wilmer now represents the Surety Defendants in addition to the MPP Defendants, which were served with Summons and Complaint on May 13, 2026. *See* ECF Nos. 10 and 11.

3.    The Surety Defendants shall have through July 13, 2026, to file a responsive pleading or move for relief as permitted under the Federal Rules of Civil Procedure to Plaintiffs' Complaint, including all applicable discovery dates and deadlines.

4.    This stipulation aligns the response deadlines for each group of Defendants and promotes judicial efficiency and conservation of the parties' resources while they attempt to narrow the potential issues and/or defenses applicable to this case.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 2 -

4925-0734-2003

5.      This Stipulation to accept service and extend the response deadlines is not for any improper purpose but is intended to be consistent with Fed. R. Civ. P. 4(d), to align deadlines for commonly represented defendants, and to allow the parties time to discuss informal resolution of this matter.

Dated:  June 8, 2026

SNELL & WILMER L.L.P.


*/s/ Swen Prior*
Paul Swenson Prior, Esq.
Xyzlo Lee, Esq.
1700 S Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
sprior@swlaw.com
xlee@swlaw.com

*Attorneys for Defendants*

Dated:  June 8, 2026

CHRISTENSEN JAMES & MARTIN, CHTD.


*/s/ Kevin B. Archibald*
Wesley J. Smith, Esq.
Kevin B. Archibald, Esq.
7440 W. Sahara Ave.
Las Vegas, NV 89117
(702) 255-1718
wes@cjmlv.com
kba@cjmlv.com

*Counsel for Plaintiffs Board of Trustees of the Employee Painters' Trust, et al.*

**ORDER**

**IT IS SO ORDERED:**

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE


DATED:   June 9, 2026  _____

- 3 -

4925-0734-2003