**CHRISTENSEN JAMES & MARTIN, CHTD.**
Wesley J. Smith, Esq. (11871)
Kevin B. Archibald, Esq. (13817)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Email: wes@cjmlv.com, kba@cjmlv.com
*Attorneys for Plaintiffs Board of Trustees of the*
*Employee Painters' Trust, et al.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \* \* \*

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE DISTRICT COUNCIL 16 NORTHERN CALIFORNIA JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA PAINTERS AND DECORATORS AND GLAZIERS LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA AND CALIFORNIA GLAZIERS, FABRICATORS, PAINTERS AND FLOORCOVERERS PENSION TRUST FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE PAINTERS AND ALLIED TRADES LABOR MANAGEMENT COOPERATION INITIATIVE; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; STAR PROGRAM, INC.; | CASE NO.: 2:26-cv-01337-JCM-MDC **STIPULATION TO EXTEND RESPONSIVE DEADLINES** (Second Request) |
| Plaintiffs, | |
| vs. | |
| MIDWEST PRO PAINTING, INC., a Michigan corporation; DEMETRIOS LIVANOS, an individual; STEVEN H. LIONAS, an individual; THE GUARANTEE COMPANY OF NORTH AMERICA USA f/k/a MID-STATE SURETY CORPORATION, a Michigan corporation; ATLANTIC SPECIALTY INSURANCE COMPANY, a New York corporation; DOES I-X and ROES I-X , | |
| Defendants. | |

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

-1-

## <u>STIPULATION TO EXTEND RESPONSIVE DEADLINES</u>
### (Second Request)

Plaintiffs, Board of Trustees of the Employee Painters' Trust, *et al.* (collectively, the "Plaintiffs"), acting by and through their counsel, Christensen James & Martin, Chtd., and Defendants Midwest Pro Painting, Inc., *et al.* (collectively, the "Defendants"), acting by and through their Counsel, Snell & Wilmer, LLP, hereby stipulate and agree as follows:

1.      On May 26, 2026, Plaintiffs and Defendants Midwest Pro Painting, Inc., Demetrios Livanos and Steven H. Lionas (collectively, "MPP Defendants") filed a Stipulation requesting an extension of the deadline for the MPP Defendants to file a responsive pleading or move for relief as permitted under the Federal Rules of Civil Procedure to Plaintiffs' Complaint to July 13, 2026 ("MPP Stipulation"). *See* ECF No. 15.

2.      On May 28, 2026, the Court granted the MPP Stipulation. *See* ECF No. 16.

3.      On June 8, 2026, the Plaintiffs and all of the Defendants filed a Stipulation ("Sureties Stipulation") requesting an extension of the deadline for Defendants The Guarantee Company of North America USA and Atlantic Specialty Insurance Company to file a responsive pleading or move for relief as permitted under the Federal Rules of Civil Procedure to Plaintiffs' Complaint to July 13, 2026. *See* ECF No. 17.

4.      On June 9, 2026, the Court granted the Sureties Stipulation. *See* ECF No. 18.

5.      The Plaintiffs have disclosed initial documents for the Defendants to review in relation to the Plaintiffs' claims asserted in this Case.

6.      The Defendants require additional time to review the documents provided.

7.      The Parties agree to extend the deadline for Defendants to file a responsive pleading or move for relief as permitted under the Federal Rules of Civil Procedure to Plaintiffs' Complaint to August 13, 2026.

8.      This Stipulation to further extend the Defendants' response deadlines is not for any improper purpose but is intended to be consistent with Fed. R. Civ. P. 4(d) and to allow the Defendants time to review the documents provided to them by the Plaintiffs, to promote judicial efficiency and conservation of the parties' resources while they attempt to narrow the

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

potential issues and/or defenses applicable to this Case, and for the parties to discuss informal resolution of this matter.

CHRISTENSEN JAMES & MARTIN, CHTD.

SNELL & WILMER L.L.P.

By: _/s/ Kevin B. Archibald_
 Kevin B. Archibald, Esq.
 NV Bar No. 13817
 7440 W. Sahara Ave.
 Las Vegas, NV 89117
 Tel: (702) 255-1718
 Email: kba@cjmlv.com
 *Counsel for Plaintiffs Board of Trustees of the Employee Painters' Trust, et al.*

By: _/s/ Xyzlo Lee_
 Swen Prior, Esq.
 NV Bar No. 9324
 Xyzlo Lee, Esq.
 NV Bar No. 16912
 1700 S Pavilion Center Drive, Suite 700
 Las Vegas, Nevada 89135
 Telephone:  (702) 784-5200
 Email: sprior@swlaw.com
 Email: xlee@swlaw.com
 *Counsel for Defendants Midwest Pro Painting, Inc., et al.*

Dated this 24th day of June, 2026.

Dated this 24th day of June, 2026

**ORDER**

**IT IS SO ORDERED:**

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED:   June 25, 2026

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871