Paul Swen Prior (NV Bar No. 9324)
Xyzlo Lee (NV Bar No. 16912)
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Dr., Ste. 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: sprior@swlaw.com
xlee@swlaw.com

*Counsel for Defendants Midwest Pro Painting, Inc., Demetrios Livanos, and Steven H. Lionas*

Snell & Wilmer L.L.P. LAW OFFICES 1700 S. Pavilion Center Dr., Ste. 700 Las Vegas, Nevada 89135 702.784.5200

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE DISTRICT COUNCIL 16 NORTHERN CALIFORNIA JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA PAINTERS AND DECORATORS AND GLAZIERS LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA AND CALIFORNIA GLAZIERS, FABRICATORS, PAINTERS AND FLOORCOVERERS PENSION TRUST FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE PAINTERS AND ALLIED TRADES LABOR MANAGEMENT COOPERATION INITIATIVE; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; STAR PROGRAM, INC.;

Plaintiffs,

vs.

MIDWEST PRO PAINTING, INC., a Michigan corporation; DEMETRIOS LIVANOS, an individual; STEVEN H. LIONAS, an individual; THE GUARANTEE COMPANY OF NORTH AMERICA USA f/k/a MID-STATE SURETY CORPORATION, a Michigan corporation; ATLANTIC SPECIALTY INSURANCE COMPANY, a New York corporation;

Defendants.

CASE NO.: 2:26-cv-01337-JCM-MDC

**STIPULATION TO CONTINUE HEARING SET FOR AUGUST 27, 2026**

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 S. Pavilion Center Dr., Ste. 700 Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

**STIPULATION TO CONTINUE HEARING SET FOR AUGUST 27, 2026**

Defendants Midwest Pro Painting, Inc., Demetrios Livanos, Steven H. Lionas, The Guarantee Company of North America USA, and Atlantic Specialty Insurance Company, ("Defendants") together with Plaintiffs Board of Trustees of the Employee Painters' Trust, et al. ("Plaintiffs"), by and through their respective counsel of record, hereby stipulate and agree that:

1. Defendants have all been served with the Summons and Complaint on file in this action.

2. On August 12, 2026, the Parties filed a Stipulation to Extend Responsive Deadlines (Third Request) ("Stipulation") to extend Defendants' deadlines to respond to the Complaint to allow the Parties time to attempt to informally negotiate a global resolution of the Case [ECF No. 21].

3. On August 13, 2026, the Court issued a Minute Order stating that it had reviewed the Stipulation [ECF No. 21] and ordered the parties to appear at an in-person Hearing on August 27, 2026, at 9:00 a.m. in Courtroom 3D regarding the Stipulation.

4. Defendants' counsel will physically be in Tampa, Florida on August 27, 2026, to take depositions in an unrelated case.

5. Upon receiving the Minute Order, Defendants' counsel immediately corresponded with Plaintiffs' counsel to seek moving the August 27th Hearing. Counsel for all of the Parties agreed to move the Hearing. Defendants' counsel called chambers to attempt to move the Hearing, and the Court requested that the Parties file a stipulation requesting to continue the Hearing, and provide alternate availability.

6. Counsel for all Parties are available on the following alternative dates, and respectfully request that the Court move the August 27th Hearing to one of these dates:

- September 1 – 4
- September 11
- September 14 and 16
- September 22 – 23

[signature blocks on following page]

**IT IS SO STIPULATED.**

DATED August 18, 2026.

SNELL & WILMER L.L.P.

By: /s/ Swen Prior
Paul Swen Prior, Esq. (NV Bar No. 9324)
Xyzlo Lee, Esq. (NV Bar No. 16912)
1700 S. Pavilion Center Dr., Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200

*Attorneys for Defendants*

DATED August 18, 2026.

CHRISTENSEN JAMES & MARTIN, CHTD.

By: /s/ Kevin B. Archibald
Kevin B. Archibald, Esq. (NV Bar No. 13817)
7440 W. Sahara Ave.
Las Vegas, NV 89117
Telephone: (702) 255-1718

*Attorneys for Plaintiffs Board of Trustees of the Employee Painters' Trust, et al.*

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 S. Pavilion Center Dr., Ste. 700 Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 S. Pavilion Center Dr., Ste. 700 Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

**ORDER**

Good cause appearing, IT IS THEREFORE ORDERED that the Parties' Stipulation to Continue Hearing set for August 27, 2026 is GRANTED.

IT IS FURTHER ORDERED that, with good cause appearing, the Hearing currently set for August 27, 2026, is vacated and shall be rescheduled.

IT IS FURTHER ORDERED that the Parties shall appear in-person for the rescheduled Hearing at 1:30 p.m. on September 2, 2026 in Courtroom 3B regarding the Stipulation to Extend Responsive Deadlines (Third Request) [ECF No. 21].

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: August 20, 2026